FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

01 MAR 16  PM 12: 42

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| JAMES OLIVER INZER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 99-H-1165-S |
| | ) | |
| WARDEN HOOKS and THE | ) | |
| ATTORNEY GENERAL OF THE | ) | |
| STATE OF ALABAMA, | ) | |
| | ) | |
| Respondents. | ) | |

**ENTERED**

MAR 1 6 2001

### MEMORANDUM OPINION

The court has considered the entire file in this action together with the Magistrate Judge's

Report and Recommendation and the petitioner's objections and has reached an independent

conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and

approved.  The court hereby adopts and approves the findings and recommendation of the

magistrate judge as the findings and conclusions of the court.  In accord with the

recommendation, this petition for writ of habeas corpus is due to be denied and dismissed with

prejudice.  An appropriate order will be entered.

**DONE**, this __16th__ day of March, 2001.

_____

JAMES H. HANCOCK
SENIOR UNITED STATES DISTRICT JUDGE

13